**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Jerry Harvey Audio LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  JH Audio** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0768288** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **111 W. Jefferson St, Ste 300** <br> **Orlando, FL 32801** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://jhaudio.com/**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  __**Jerry Harvey Audio LLC**_____   Case number (*if known*)_____
         Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3343__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? |
|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. |
|---|---|

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Jerry Harvey Audio LLC**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor                        Relationship
District            When          Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
         Contact name
         Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Jerry Harvey Audio LLC** _____ Case number (*if known*)_____
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Jerry Harvey Audio LLC**    Case number (*if known*) _____
　　　　　Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 11, 2023**
　　　　　　　　MM / DD / YYYY

X _____*/s/ Jerry J. Harvey, II*_____
　Signature of authorized representative of debtor

　　　　　　　　　　　　　　　　　　　　　　　Jerry J. Harvey, II
　　　　　　　　　　　　　　　　　　　　　　　Printed name

Title    **Manager**

**18. Signature of attorney**

X _____*/s/*_____
　Signature of attorney for debtor

Date    **December 11, 2023**
　　　　MM / DD / YYYY

**R. Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone    **(407) 337-2060**    Email address    **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Jerry Harvey Audio LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 11, 2023**    X _/s/ Jerry J. Harvey, II_
Signature of individual signing on behalf of debtor

**Jerry J. Harvey, II**
Printed name

**Manager**
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **Jerry Harvey Audio LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Allen & Heath<br>Kernick Industrial Estate<br>Penryn Cornwall<br>TR10 9LU | Robin Clark<br><br>Robin.Clark@allen-heath.com<br>+44 (0) 1326372070 | Trade debt | | | | $19,859.50 |
| American Express<br>200 Vesey Street<br>New York, NY 10285 | Lawrence M. Nessenson, Esq.<br><br>LNessenson@JaffeandAsher.com<br>212-687-3000 | Credit Card | Contingent<br>Disputed | | | $82,942.70 |
| Axiometrix Solutions Inc<br>5750 SW Arctic Dr.<br>Beverton, OR 97005 | 503-627-0832 | Trade debt | | | | $9,648.00 |
| DigiThinkIT/BloomStack<br>14343 Greater Pines Blvd.<br>Clermont, FL 34711 | Eric B. Delisle<br><br>eric@bloomstack.com<br>321-246-5433 | Trade debt | | | | $15,100.00 |
| Electro-Matic Products, Inc.<br>P.O. Box 7410635<br>Chicago, IL 60675-0635 | 248-478-1182 | Trade debt | | | | $51,693.75 |
| FedEx Customer Relations<br>3875 Airways Module H3 Dept 4634<br>Memphis, TN 38116 | Reymark Villanueva<br><br>reymark.villanueva.osv@fedex.com<br>800-247-4747 | Vendor/shipping | | | | $47,581.69 |
| Green's Oto Supplies<br>330 Ruby Ave.<br>Eugene, OR 97404 | 541-735-3244 | Trade debt | | | | $10,000.00 |

Debtor **Jerry Harvey Audio LLC**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Grennan Fender  1000 Legion Place  Suite 701  Orlando, FL 32801 | 407-896-4931 | Trade debt | | | | $9,250.00 |
| Knowles Electronics  23407 Network Place  Chicago, IL 60673 | Eric Ingram  eric.ingram@knowles.com  630-250-5100 | Trade debt | | | | $47,024.89 |
| L'Acoustics  2645 Townsgate Road  Suite 600  Westlake  United Kingdom 91361 | +33 (1) 69636999 | Trade debt | | | | $31,281.45 |
| Maeden Innovation Co., Ltd.  No.28, Longyuan 5th Rd.  Longtan Dist.  Taoyuan City 325  Tiawan | Emily Lin  emily@maeden.com.tw  866-485-9111 | Trade debt | | | | $39,921.03 |
| Nperspective CFO and Strategic Services  941 W. Morse Blvd., Ste. 100  Winter Park, FL 32789 | Russell Slappy  rslappey@nperspective.com  407-634-1787 | Professional financial services | | | | $53,287.50 |
| ODU-USA, INC.  300 Camarillo Ranch Rd.  Suite A  Camarillo, CA 93012 | Brandon Rich  brandon.rich@odu-usa.com  805-427-4480 | Trade debt | | | | $163,055.51 |
| PayPal Working Capital  2211 North 1st Street  San Jose, CA 95131 | 877-981-2163 | Unsecured loan | | | | $95,166.00 |
| Ravicher Law Firm, PLLC  2000 Ponce De Leon Blvd.  Suite 600  Coral Gables, FL 33134 | Daniel B. Ravicher  dan@ravicher.com  786-505-1205 | Legal fees | | | | $120,181.40 |
| Sonion US, INC.  P.O. Box 200168  Philadelphia, PA 15251-0168 | Dung Ngoc Dang  dda@sonion.com  952-543-8300 | Trade debt | | | | $46,930.00 |

Debtor **Jerry Harvey Audio LLC**_____   Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stephen Gould Corp.**<br>P.O. Box 419816<br>Boston, MA 02241-9816 | **Gary White, Jr.**<br><br>info@stephengould.com<br>407-875-1808 | **Trade debt (packaging)** | | | | $25,736.38 |
| **The Receivable Mmgt Services**<br>2001 6th Ave #2200<br>Seattle, WA 98121 | 888-807-2576 | **Trade debt** | | | | $14,000.00 |
| **Unitron Precision Machining**<br>2482 Clark St.<br>Apopka, FL 32703 | 407-299-4180 | **Trade debt** | | | | $10,200.00 |
| **Warner Tech-Care Products**<br>3796 Dunlap Ave. N<br>Arden Hills, MN 55112 | **Janelle Strate**<br><br>janelles@warnertechcare.com<br>651-259-4205 | **Trade debt** | | | | $8,927.16 |

# United States Bankruptcy Court
## Middle District of Florida

In re __Jerry Harvey Audio LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jerry J. Harvey, II<br>111 W. Jefferson St, Ste 300<br>Orlando, FL 32801 | n/a | 100% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __December 11, 2023__     Signature __/s/ Jerry J. Harvey, II__  
Jerry J. Harvey, II

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Middle District of Florida

In re   Jerry Harvey Audio LLC                                                    Case No.   _____
                                  Debtor(s)                                       Chapter      11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   December 11, 2023                    _____
                                              Jerry J. Harvey, II/Manager
                                              Signer/Title

| | | |
|---|---|---|
| Jerry Harvey Audio LLC<br>111 W. Jefferson St, Ste 300<br>Orlando, FL 32801 | B3 Risk Solutions<br>4550 Woodland Green<br>La Crosse, WI 54601 | D. Pagan Communications<br>223 Wall Street, No. 234<br>Huntington, NY 11743 |
| R.Scott Shuker, Esq<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Suite 1120<br>Orlando, FL 32801 | Balboa Capital Corp.<br>575 Anton Blvd., 12th Floor<br>Costa Mesa, CA 92626 | DigiThinkIT, Inc.<br>37 N. Orange Ave., Ste. 1025<br>Orlando, FL 32801 |
| ACC Business<br>P.O. Box 105306<br>Atlanta, GA 30348 | Bellsing Corporation<br>333 Warrenville Rd.<br>Suite 155<br>Lisle, IL 60532 | DigiThinkIT, Inc.<br>Attn: Eric Delisle, CEO<br>37 N. Orange Ave., Ste. 1025<br>Orlando, FL 32801 |
| Accurate Metal Finishings<br>500 Gus Hipp Blvd.<br>Rockledge, FL 32955 | Centerstaging, LLC<br>2517 N. Ontario St.<br>91504 | DigiThinkIT/BloomStack<br>14343 Greater Pines Blvd.<br>Clermont, FL 34711 |
| Advantage Leasing Corp.<br>13400 Bishop's Lane, Ste 280<br>Brookfield, WI 53005 | Central Bank<br>20701 Bruce B. Downs Blvd.<br>Tampa, FL 33647 | Dynamic Ear Company<br>Delftechpark 9<br>2628 XJ Delft<br>Netherlands |
| Allen & Heath<br>Kernick Industrial Estate<br>Penryn Cornwall<br>TR10 9LU | Cintas Fire Protection<br>501 Haverty Ct., Ste. A<br>Rockledge, FL 32955 | Electro-Matic Products, Inc.<br>P.O. Box 7410635<br>Chicago, IL 60675-0635 |
| Ally Lending<br>P.O. Box 653074<br>Dallas, TX 75265-3074 | Clearwater Composites LLC<br>4728 Rice Lake Rd.<br>Duluth, MN 55803 | FedEx Customer Relations<br>3875 Airways<br>Module H3 Dept 4634<br>Memphis, TN 38116 |
| American Express<br>200 Vesey Street<br>New York, NY 10285 | Colonial Life<br>P.O. Box 1365<br>Columbia, SC 29202-1365 | FedEx Shipping<br>942 South Shady Grove Road<br>Memphis, TN 38120 |
| Axiometrix Solutions Inc<br>5750 SW Arctic Dr.<br>Beverton, OR 97005 | Comp-Air Service Co.<br>2549 Pemberton Dr.<br>Apopka, FL 32703 | Florida Dept of Revenue<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-0125 |

| | | |
|---|---|---|
| Florida Dept of Revenue<br>Attn: Executive Director<br>PO Box 6668<br>Tallahassee, FL 32315-7372 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | L'Acoustics<br>2645 Townsgate Road<br>Suite 600<br>Westlake<br>United Kingdom 91361 |
| Front of House Magazine<br>6700 Via Austi Pkwy<br>Suite C<br>Las Vegas, NV 89119 | Jaffe & Asher, LLP<br>Attn: Lawrence M. Nessenson<br>600 Third Avenue<br>New York, NY 10016 | Land Rover Financial<br>c/o Chase Bank<br>P.O. Box 78232<br>Phoenix, AZ 85062-8232 |
| GASCO<br>259 N. Radnor-Chester Rd.<br>Suite 100<br>Radnor, PA 19087-5283 | Jerry Harvey Audio Holding<br>111 W. Jefferson St, Ste 300<br>Orlando, FL 32801 | Lectrosonics Inc.<br>581 Laser Rd NE<br>Rio Rancho, NM 87124 |
| Green's Oto Supplies<br>330 Ruby Ave.<br>Eugene, OR 97404 | Jerry Harvey Audio IC-DISC<br>111 W. Jefferson St, Ste 300<br>Orlando, FL 32801 | Maeden Innovation Co., Ltd.<br>No.28, Longyuan 5th Rd.<br>Longtan Dist.<br>Taoyuan City 325<br>Tiawan |
| Grennan Fender<br>1000 Legion Place<br>Suite 701<br>Orlando, FL 32801 | Jerry J. Harvey, II<br>111 W. Jefferson St, Ste 300<br>Orlando, FL 32801 | Navitas Credit Corp.<br>201 Executive Center Dr.<br>Suite 100<br>Columbia, SC 29210 |
| GS1US<br>300 Charles Ewing Blvd.<br>Ewing Township, NJ 08628 | John Hansen & Friends, Inc.<br>4780 Arville St.<br>Las Vegas, NV 89103 | New York Dept of Revenue<br>State Processing Center<br>P.O. Box 61000<br>Albany, NY 12261-0001 |
| Guardian Protection Services<br>8422 International Drive<br>Suite C1<br>Orlando, FL 32819 | John Henry's Limited<br>64 New Cavendish Street<br>London, England W1G 8TB | Nperspective CFO<br>and Strategic Services<br>941 W. Morse Blvd., Ste. 100<br>Winter Park, FL 32789 |
| Harbottle & Lewis LLP<br>7 Savoy Court<br>London, England WC2R 0EX | Joshoa James Given, P.A.<br>2114 New Victor Rd.<br>Ocoee, FL 34761 | ODU-USA, INC.<br>300 Camarillo Ranch Rd.<br>Suite A<br>Camarillo, CA 93012 |
| Hearing Components<br>649 Hale Ave. North<br>Oakdale, MN 55128 | Knowles Electronics<br>23407 Network Place<br>Chicago, IL 60673 | Omi Spring, LLC<br>1711 S. Division Ave.<br>Orlando, FL 32805 |

| | | |
|---|---|---|
| Orange County Tax Collector<br>301 S Robinson Avenue<br>Orlando, FL 32801 | Ready Refresh<br>Nestle Pure Life Direct<br>P.O. Box 856680<br>Louisville, KY 40285-6680 | Tennessee Dept of Revenue<br>500 Deaderick St.<br>Nashville, TN 37242 |
| Orange County Tax Office<br>P.O. Box 545100<br>Orlando, FL 32854-5100 | Salesforce.com<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | The Receivable Mmgt Services<br>2001 6th Ave #2200<br>Seattle, WA 98121 |
| Orlando Apopka Airport<br>Condo Association<br>P.O. Box 628207<br>Orlando, FL 32862 | Seamless Comm. Systems<br>6968 Aloma Ave.<br>Winter Park, FL 32792 | Thrivent Financial<br>600 Portland Ave. South<br>Minneapolis, MN 55415 |
| PayPal Working Capital<br>2211 North 1st Street<br>San Jose, CA 95131 | Serene Group, Inc.<br>14731 Carmenita Rd<br>Norwalk, CA 90650 | U.S. Small Business Admin.<br>7825 Baymeadows Way<br>Suite 100-B<br>Jacksonville, FL 32256 |
| PayPal Working Capital<br>P.O. Box 45950<br>Omaha, NE 68145-0950 | Smash Studios<br>307 W. 36th Street<br>New York, NY 10018 | U.S. Small Business Admin.<br>2 North Street, Ste. 320<br>Birmingham, AL 35203 |
| Plastics One<br>6591 Merriman Road<br>Roanoke, VA 24018 | Sonion US, INC.<br>P.O. Box 200168<br>Philadelphia, PA 15251-0168 | ULINE<br>P.O. Box 88741<br>Chicago, IL 60680-1741 |
| Pro3Dure Medical GMBH<br>9825 Valley View Rd.<br>Eden Prairie, MN 55344 | Soundcheck Austin, LLC<br>3714 Bluestein Dr., Ste 600<br>Austin, TX 78721 | Unitron Precision Machining<br>2482 Clark St.<br>Apopka, FL 32703 |
| Racks And Stacks LLC<br>2320 Duneville St.<br>Las Vegas, NV 89146 | Stephanie Nardi Photography<br>427 Rosebank Ave #B<br>Nashville, TN 37206 | US Bank National Assoc.<br>777 E. Wisconsin Ave.<br>Milwaukee, WI 53202 |
| Ravicher Law Firm, PLLC<br>2000 Ponce De Leon Blvd.<br>Suite 600<br>Coral Gables, FL 33134 | Stephen Gould Corp.<br>P.O. Box 419816<br>Boston, MA 02241-9816 | Warner Tech-Care Products<br>3796 Dunlap Ave. N<br>Arden Hills, MN 55112 |

Withum
P.O. Box 5340
Princeton, NJ 08543