UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:23-bk-05179-TPG

**JERRY HARVEY AUDIO, LLC,**  Chapter 11

      Debtor.
_____/

## AMENDMENT TO DEBTOR'S SCHEDULE D – SECURED CREDITORS; SCHEDULE H – CODEBTORS; AND AMENDED SUMMARY OF SCHEDULES

**JERRY HARVEY AUDIO, LLC** (the "Debtor"), by and through its undersigned counsel, files this Amendment to Debtor's Schedule D – Secured Creditors; Schedule H – CoDebtors; and Summary of Schedules filed with the Court on January 10, 2024 (Doc. No. 43), and states as follows:

1.     **Schedule D – Secured Creditors** should be amended to add the following creditor:

| Creditor Name | Incurred | Consideration | Description | Claim Amount |
|---|---|---|---|---|
| Channel Partners Capital, LLC 10900 Wayzata Blvd., Ste. 300 Minnetonka, MN 55305 | 8/21/2023 | Disputed | Secured Loan | $196,954.81 |

2.     **Schedule H – CoDebtors** should be amended to add the following CoDebtor:

| Name and address | Creditor name |
|---|---|
| Jerry J. Harvey, II 111 W. Jefferson St., Ste. 300 Orlando, FL 32801 | Channel Partners Capital, LLC 10900 Wayzata Blvd., Ste. 300 Minnetonka, MN 55305 |

3. The Amended Summary of Schedules is attached hereto as **Exhibit "A"**.

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

**RESPECTFULLY SUBMITTED** this 27 day of August 2024.

_____
Jerry J. Harvey, II, Manager

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 6:23-bk-05179-TPG** |
| **JERRY HARVEY AUDIO, LLC,** | **Chapter 11** |
| Debtor. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the forgoing **AMENDMENT TO DEBTOR'S SCHEDULE D – SECURED CREDITORS; SCHEDULE H – CODEBTORS; AND AMENDED SUMMARY OF SCHEDULES** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: **DEBTOR, JERRY HARVEY AUDIO, LLC**, 111 W. Jefferson St., Orlando, FL 32801; **CHANNEL PARTNERS CAPITAL, LLC**, 10900 Wayzata Blvd., Ste. 300 Minnetonka, MN 55305; **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1100, Orlando, FL 32801; **CENTRAL BANK**, 20701 Bruce B. Downs Blvd., Tampa, FL 33647; **CENTRAL BANK**, c/o Stephanie C. Lieb, Esq., Trenam Law, 101 E. Kennedy Blvd., Ste. 2700, Tampa, FL 33602 (slieb@trenam.com); the Local Rule 1007-2 parties-in-interest list as shown on the matrix attached to the original of this amendment filed with the Court; and all parties who receive notice via CM/ECF in the ordinary course on this 28th day of August 2024.

Any new creditor(s) or additional partie(s), have been served a copy of this amendment, and, as applicable, the Notice of Chapter 11 Bankruptcy Case (Doc. No. 14).

                                                                /s/ R. Scott Shuker
                                                                R. Scott Shuker, Esq.
                                                                Florida Bar No. 984469
                                                                rshuker@shukerdorris.com
                                                                **SHUKER & DORRIS, P.A.**
                                                                121 S. Orange Ave., Suite 1120
                                                                Orlando, Florida 32801
                                                                Telephone: 407-337-2060
                                                                *Attorneys for the Debtor*

**Exhibit "A"**

| Fill in this information to identify the case: |
|---|
| Debtor name  **Jerry Harvey Audio LLC** |
| United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known)  **6:23-bk-05179-TPG** |

■ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $ **351,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ **1,398,829.11**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ **1,749,829.11**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **6,232,325.64**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **36,021.20**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............. +$ **990,305.98**

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b                                                                                                   $ **7,258,652.82**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:23-bk-05179-TPG<br>Middle District of Florida<br>Orlando<br>Wed Aug 28 09:47:40 EDT 2024 | Jerry Harvey Audio LLC<br>111 West Jefferson Street<br>Suite 300<br>Orlando, FL 32801-1824 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank<br>c/o Matthew Schulis, Esq.<br>621 S. Federal Highway<br>Suite 10<br>Fort Lauderdale, FL 33301-3145 | American Express<br>200 Vesey Street<br>New York, NY 10285-0002 | Axiometrix Solutions Inc<br>5750 SW Arctic Dr.<br>Beverton, OR 97005-4131 |
| Central Bank<br>20701 Bruce B. Downs Blvd.<br>Tampa, FL 33647-3676 | DigiThinklT/BloomStack<br>14343 Greater Pines Blvd.<br>Clermont, FL 34711-6559 | Electro-Matic Products, Inc.<br>P.O. Box 7410635<br>Chicago, IL 60675-0635 |
| FedEx Customer Relations<br>3875 Airways<br>Module H3 Dept 4634<br>Memphis, TN 38116-5070 | Green's Oto Supplies<br>330 Ruby Ave.<br>Eugene, OR 97404-2033 | Grennan Fender<br>1000 Legion Place<br>Suite 701<br>Orlando, FL 32801-1063 |
| Knowles Electronics<br>23407 Network Place<br>Chicago, IL 60673-1234 | L'Acoustics<br>2645 Townsgate Road<br>Suite 600<br>Westlake<br>United Kingdom, 91361 | Nperspective CFO<br>and Strategic Services<br>941 W. Morse Blvd., Ste. 100<br>Winter Park, FL 32789-3781 |
| ODU-USA, INC.<br>300 Camarillo Ranch Rd.<br>Suite A<br>Camarillo, CA 93012-5208 | PayPal Working Capital<br>2211 North 1st Street<br>San Jose, CA 95131-2021 | Ravicher Law Firm, PLLC<br>2000 Ponce De Leon Blvd.<br>Suite 600<br>Coral Gables, FL 33134-4485 |
| Robert R. Tepper<br>Counsel for Navitas Credit Corp.<br>Dressler<br> Peters, LLC<br>101 W Grand Ave., Suite 404<br>Chicago, IL 60654-7129 | Sonion US, INC.<br>P.O. Box 200168<br>Philadelphia, PA 15251-0168 | Stephen Gould Corp.<br>P.O. Box 419816<br>Boston, MA 02241-9816 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | The Receivable Mmgt Services<br>2001 6th Ave #2200<br>Seattle, WA 98121-2558 | Thrivent Financial for Lutherans<br>c/o Lauren M. Reynolds<br>PO Box 880<br>Winter Park, FL 32790-0880 |
| Unitron Precision Machining<br>2482 Clark St.<br>Apopka, FL 32703-2111 | Warner Tech-Care Products<br>3796 Dunlap Ave. N<br>Arden Hills, MN 55112-6907 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Jill E Kelso +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Stephanie C Lieb +<br>Trenam Law<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, FL 33602-5150 |

| | | |
|---|---|---|
| Matthew L Schulis +<br>Orlans PC<br>621 S. Federal Highway<br>Suite 10<br>Ft. Lauderdale, FL 33301-3145 | Stuart Wilson-Patton +<br>Tennessee Attorney General's Office<br>Post Office Box 20207<br>Nashville, TN 37202-4015 | Lauren L Stricker +<br>Shuker & Dorris, P.A.<br>121 S. Orange Ave<br>Suite 1120<br>Orlando, FL 32801-3238 |
| Lauren M Reynolds +<br>Winderweedle Haines Ward & Woodman PA<br>329 North Park Avenue<br>Ste 2nd Floor<br>Winter Park, FL 32789-7406 | Robert R Tepper +<br>Dressler Peters, LLC<br>101 W. Grand Ave.<br>Ste. 404<br>Chicago, IL 60654-7129 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Allen & Heath<br>Kernick Industrial Estate<br>Penryn Cornwall<br>TR10 9LU | (u)Maeden Innovation Co., Ltd.<br>No.28, Longyuan 5th Rd.<br>Longtan Dist.<br>Taoyuan City 325<br>Tiawan | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     2<br>Total                  37 |