**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                          Case No. 6:23-bk-05179-TPG

**JERRY HARVEY AUDIO, LLC,**                 Chapter 11

           Debtor.
_____/

**MOTION FOR FINAL DECREE**
**AND CERTIFICATE OF SUBSTANTIAL CONSUMMATION**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

      If you object to the relief requested in this paper, you must file a response with the Clerk of Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to the moving party at 121 S. Orange Avenue, Suite 1120, Orlando, Florida 32801 within **fourteen (14) days** from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

      If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

      **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

      **JERRY HARVEY AUDIO, LLC** ("Debtor"), pursuant to 11 U.S.C. § 350(a), Federal Rules of Bankruptcy Procedure 3022, and Local Rule 3022-1, moves for the entry of a Final Decree (this "Motion") closing this Chapter 11 Bankruptcy Case and in support states as follows:

## BACKGROUND

1.      On December 11, 2023 ("Petition Date"), the Debtor filed its voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"). Since the Petition Date, the Debtor has continued to operate its business as a debtor-in-possession under §§ 1107(a) and 1108 of the Code.

2.      The Debtor filed its *Plan of Reorganization* (Doc. No. 91) (the "Plan") and related *Disclosure Statement* (Doc. No. 92) on May 13, 2024.

3.      Following a hearing on confirmation of the Debtor's Plan, on July 19, 2024, the Court entered the *Order Confirming Debtor's Plan of Reorganization* (the "Confirmation Order") (Doc. No. 123).

4.      On August 28, 2024, the Debtor filed its *Amendment to Debtor's Schedule D – Secured Creditors; Schedule H – Codebtors; and Amended Summary of Schedules* (Doc. No. 129), to include Channel Partners Capital, LLC, a creditor that was inadvertently not included on the Debtor's initial schedules.

5.      Thereafter, the Debtor filed its *Motion to Determine Secured State of Claim and Void Junior Lien Held by Channel Partners Capital, LLC* (Doc. No. 131), which was granted by the Court's entry of its *Order Granting Motion to Determine Secured State of Claim and Void Junior Lien Held by Channel Partners Capital, LLC* (Doc. No. 137) on October 7, 2024.

6.      Since entry of the Confirmation Order, the Debtor has continued to operate in the ordinary course and has continued to make all payments and comply with its other obligations under the Plan.

7.      No trustee or examiner has been appointed in this case.

8.    As such, the Debtor's Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

9.    The *Certificate of Substantial Completion* of the Debtor testifying that the Plan has been substantially consummated, is attached hereto as **Exhibit "A"**.

10.    Thus, in accordance with Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022-1(a), Debtor requests this Court enter a final decree closing the case.

**WHEREFORE**, **JERRY HARVEY AUDIO, LLC**, respectfully requests this Court grant this Motion and enter a Final Decree closing the case; and grant any such further relief this Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 14th day of October 2024.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                          Case No. 6:23-bk-05179-TPG

**JERRY HARVEY AUDIO, LLC,**                    Chapter 11

           Debtor.
_____/

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on October 14, 2024, the foregoing *Motion for Final Decree*, along with its referenced exhibit(s), was uploaded for filing with the Clerk of Court in the above-referenced bankruptcy case via the Court's CM/ECF system, which will furnish an electronic Notice of Filing to all parties in interest receiving CM/ECF electronic noticing, including the **U.S. TRUSTEE'S OFFICE**, and counsel for **CENTRAL BANK**, who are registered to receive electronic notices in this case:

     **I FURTHER CERTIFY** that on October 14, 2024, I caused true and correct copies of the foregoing to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon, upon the following: **DEBTOR, JERRY HARVEY AUDIO, LLC**, 111 W. Jefferson St., Orlando, FL 32801; **CENTRAL BANK**, 20701 Bruce B. Downs Blvd., Tampa, FL 33647; **CENTRAL BANK**, c/o Stephanie C. Lieb, Esq., Trenam Law, 101 E. Kennedy Blvd., Ste. 2700, Tampa, FL 33602 (slieb@trenam.com); **U.S. SMALL BUSINESS ADMINISTRATION**, 7825 Baymeadows Way, Suite 100-B, Jacksonville, FL 32256 (bankruptcynotices@sba.gov); **INTERNAL REVENUE SERVICE**, Post Office Box 21126, Philadelphia, PA 19114; **INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS**, P.O. Box 7346, Philadelphia, PA 19101-7346; U.S. Attorney's Office, Attn: Civil Process Clerk, 400 West Washington Street, Suite 3100, Orlando, FL 32801; and **all creditors and parties-in-interest as shown on the attached mailing matrix**.

                                    /s/ R. Scott Shuker, Esq.
                                      R. Scott Shuker, Esq.

# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          Case No. 6:23-bk-05179-TPG

JERRY HARVEY AUDIO, LLC,                         Chapter 11
        Debtor.

_____/

## DEBTOR'S CERTIFICATE OF SUBSTANTIAL COMPLETION

STATE OF FLORIDA        )
                        )
COUNTY OF ORANGE        )

Before me personally appeared **JERRY J. HARVEY, II** ("Mr. Harvey"), who, after being duly sworn, deposed and said:

1.    I am the Manager of **JERRY HARVEY AUDIO, LLC**, a Florida limited liability corporation, which is debtor-in-possession (the "Debtor"). I have possession and custody of the Debtor's books and records which relates to the payment of claims and distribution of property under the *Debtor's Plan of Reorganization* (the "Plan") (Doc. No. 91).

2.    The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

3.    All allowed administrative and priority claims have been paid in full or the Debtor is remitting payment(s) pursuant to separate agreement(s).

4.    The Debtor is current on all relevant United States Trustee fees.

5.    No adversary proceedings or claim objections remain pending.

6.    The Debtor has made and will continue to make all Plan payments to all sixteen (16) classes of creditors, including quarterly *pro rata* payments to the general unsecured creditors.

7.    The Debtor has taken all steps necessary to consummate the Plan and remain in compliance with its terms.

-1-

**FURTHER AFFIANT SAYETH NOT.**

_____
**JERRY J. HARVEY, II**

**STATE OF FLORIDA** )

)

**COUNTY OF ORANGE** )

Sworn to and subscribed before me this 14th day of October 2024 by **JERRY J. HARVEY, II** [x] who is personally known to me or [          ] who did provide as proof of identity

_____

[NOTARY SEAL]

_____
Signature of Person Taking Acknowledgment
Print Name: Marshall Franklin
Title: Notary Public
Serial No. (if any) HH202569
Commission Expires: March 25, 2026

Label Matrix for local noticing
113A-6
Case 6:23-bk-05179-TPG
Middle District of Florida
Orlando
Mon Oct 14 08:41:35 EDT 2024

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Jerry Harvey Audio LLC
111 West Jefferson Street
Suite 300
Orlando, FL 32801-1824

Navitas Credit Corp.
c/o Robert R. Tepper
Dressler Peters LLC
101 W. Grand Ave, Suite 404
Chicago, IL 60654-7129

Scott Randolph
Orange County Tax Collector
200S. Orange Ave.
Suite 1600
Orlando, FL 32801-3410

R. Scott Shuker
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801-3238

TN Dept of Revenue
c/oTN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Thrivent Financial for Lutherans
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

ACC Business
P.O. Box 105306
Atlanta, GA 30348-5306

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Accurate Metal Finishings
500 Gus Hipp Blvd.
Rockledge, FL 32955-4803

Advantage Leasing Corp.
13400 Bishop's Lane, Ste 280
Brookfield, WI 53005-6237

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank
c/o Matthew Schulis, Esq.
621 S. Federal Highway
Suite 10
Fort Lauderdale, FL 33301-3145

Ally Lending
P.O. Box 653074
Dallas, TX 75265-3074

American Express
200 Vesey Street
New York, NY 10285-0002

Axiometrix Solutions Inc
5750 SW Arctic Dr.
Beverton, OR 97005-4131

B3 Risk Solutions
4550 Woodland Green
La Crosse, WI 54601-2295

Balboa Capital Corp.
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626-7169

Bellsing Corporation
333 Warrenville Rd.
Suite 155
Lisle, IL 60532-1498

Blazer
3508Shamrock Way
Unit 103
Tracy, CA 95377-9204

Centerstaging, LLC
2517 N. Ontario St. 91504-2513

Central Bank
20701 Bruce B. Downs Blvd.
Tampa, FL 33647-3676

(p)CHANNEL PARTNERS CAPITAL  LLC
ATTN JEFF LOTHERT
1111 E COLLEGE DRIVE SUITE 200
MARSHALL MN 56258-1979

Cintas Fire Protection
501 Haverty Ct., Ste. A
Rockledge, FL 32955-3616

Clearwater Composites LLC
4728 Rice Lake Rd.
Duluth, MN 55803-1613

Colonial Life
P.O. Box 1365
Columbia, SC 29202-1365

Comp-Air Service Co.
2549 Pemberton Dr.
Apopka, FL 32703-9458

D. Pagan Communications
223 Wall Street, No. 234
Huntington, NY 11743-2060

DigiThinkIT, Inc.
37 N. Orange Ave., Ste. 1025
Orlando, FL 32801-2449

DigiThinkIT, Inc.
Attn: Eric Delisle, CEO
37 N. Orange Ave., Ste. 1025
Orlando, FL 32801-2449

DigiThinkIT/BloomStack
14343 Greater Pines Blvd.
Clermont, FL 34711-6559

Dynamic Ear Company
Delftechpark 9
2628 XJ Delft
Netherlands


Electro-Matic Products, Inc.
P.O. Box 7410635
Chicago, IL 60675-0635

FedEx Customer Relations
3875 Airways
Module H3 Dept 4634
Memphis, TN 38116-5070

FedEx Shipping
942 South Shady Grove Road
Memphis, TN 38120-4117


Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Department of Revenue, Bankruptcy Un
Post Office Box 6668
Tallahassee, Florida 32314-6668

Florida Dept of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399-0125


Florida Dept of Revenue
Attn:  Executive Director
PO Box 6668
Tallahassee, FL 32314-6668

Front of House Magazine
6700 Via Austi Pkwy
Suite C
Las Vegas, NV 89119-3547

GASCO
259 N. Radnor-Chester Rd.
Suite 100
Radnor, PA 19087-5240


GS1US
300 Charles Ewing Blvd.
Ewing Township, NJ 08628-3400

Green's Oto Supplies
330 Ruby Ave.
Eugene, OR 97404-2033

Greg Markland
1321 Apopka Airport Rd.
Unit 156
Apopka, FL 32712-5974


Grennan Fender
1000 Legion Place
Suite 701
Orlando, FL 32801-1063

Guardian Protection Services
8422 International Drive
Suite C1
Orlando, FL 32819-9329

Harbottle & Lewis LLP
7 Savoy Court
London, England WC2R 0EX


Hearing Components
649 Hale Ave. North
Oakdale, MN 55128-7534

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346


JPL INVESTMENTS CORP
8724 SW 72 ST NO 382
MIAMI, FL 33173-3512

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Jaffe & Asher, LLP
Attn: Lawrence M. Nessenson
600 Third Avenue
New York, NY 10016-1901


Jerry Harvey Audio Holding
111 W. Jefferson St, Ste 300
Orlando, FL 32801-1824

Jerry Harvey Audio IC-DISC
111 W. Jefferson St, Ste 300
Orlando, FL 32801-1824

Jerry J. Harvey, II
111 W. Jefferson St, Ste 300
Orlando, FL 32801-1824


John Hansen & Friends, Inc.
4780 Arville St.
Las Vegas, NV 89103-5402

John Henry's Limited
64 New Cavendish Street
London, England W1G 8TB

John Henry's Ltd
16-24 Brewery Road
London N7 9NH
United Kingdom
16-24 Brewery Road, London N7 9NH, Unite

Joshoa Given
2114 New Victor Rd
2114 New Victor Rd
Ocoee, FL 34761-9115

Joshoa James Given, P.A.
2114 New Victor Rd.
Ocoee, FL 34761-9115

Knowles Electronics
23407 Network Place
Chicago, IL 60673-1234


L'Acoustics
2645 Townsgate Road
Suite 600
Westlake
United Kingdom, 91361

Land Rover Financial
c/o Chase Bank
P.O. Box 78232
Phoenix, AZ 85062-8232

Lectrosonics Inc.
581 Laser Rd NE
Rio Rancho, NM 87124-4508


(p)NAVITAS CREDIT CORP
ATTN JOYCE MCKULKA
201 EXECUTIVE CENTER DR SUITE 100
COLUMBIA SC 29210-8410

New York Dept of Revenue
State Processing Center
P.O. Box 61000
Albany, NY 12261-0001

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300


Nperspective CFO
and Strategic Services
941 W. Morse Blvd., Ste. 100
Winter Park, FL 32789-3781

ODU-USA, INC.
300 Camarillo Ranch Rd.
Suite A
Camarillo, CA 93012-5208

Omi Spring, LLC
1711 S. Division Ave.
Orlando, FL 32805-4727


Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

Orange County Tax Office
P.O. Box 545100
Orlando, FL 32854-5100


Orlando Apopka Airport
Condo Association
P.O. Box 628207
Orlando, FL 32862-8207

P1 TECHNOLIGIES, INC.
6591 MERRIMAN ROAD
ROANOKE, VA 24018-6664

PayPal Working Capital
2211 North 1st Street
San Jose, CA 95131-2021


PayPal Working Capital
P.O. Box 45950
Omaha, NE 68145-0950

Plastics One
6591 Merriman Road
Roanoke, VA 24018-6664

Pro3Dure Medical GMBH
9825 Valley View Rd.
Eden Prairie, MN 55344-3527


Racks And Stacks LLC
2320 Duneville St.
Las Vegas, NV 89146-3142

Ravicher Law Firm, PLLC
2000 Ponce De Leon Blvd.
Suite 600
Coral Gables, FL 33134-4485

Ready Refresh
Nestle Pure Life Direct
P.O. Box 856680
Louisville, KY 40285-6680


Robert R. Tepper
Counsel for Navitas Credit Corp.
Dressler
 Peters, LLC
101 W Grand Ave., Suite 404
Chicago, IL 60654-7129

Salesforce.com
P.O. Box 203141
Dallas, TX 75320-3141

Seamless Comm. Systems
6968 Aloma Ave.
Winter Park, FL 32792-7009


Serene Group, Inc.
14731 Carmenita Rd
Norwalk, CA 90650-5230

Smash Studios
307 W. 36th Street
New-York, NY 10018-6462

Sonion US, INC.
P.O. Box 200168
Philadelphia, PA 15251-0168

Soundcheck Austin, LLC
3714 Bluestein Dr., Ste 600
Austin, TX 78721-2920

Soundcheck Nashville
750 Cowan Street
Nashville, TN 37207-5624

Stephanie Nardi Photography
427 Rosebank Ave #B
Nashville, TN 37206

Stephen Gould Corp.
P.O. Box 419816
Boston, MA 02241-9816

TN Dept of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

TN Dept of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-4015

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202-4015

Tennessee Dept of Revenue
500 Deaderick St.
Nashville, TN 37242-0002

The Receivable Mmgt Services
2001 6th Ave #2200
Seattle, WA 98121-2558

Thrivent Financial
600 Portland Ave. South
Minneapolis, MN 55415-4402

Timeless Communications Corp
6700 Via Austi Pkwy, Suite C
Las Vegas, NV 89119-3547

Truist Bank
P.O. Box 791622
Baltimore, MD 21279-1622

Truist Bank
P.O. Box 85092
Richmond, VA 23286-0001

Truist Bank, Support Services
PO Box 85092
Richmond, VA 23285-5092

U.S. Small Business Admin.
2 North Street, Ste. 320
Birmingham, AL 35203

U.S. Small Business Admin.
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256-7543

ULINE
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Unitron Precision Machining
2482 Clark St.
Apopka, FL 32703-2111

Warner Tech-Care Products
3796 Dunlap Ave. N
Arden Hills, MN 55112-6907

Withum
P.O. Box 5340
Princeton, NJ 08543-5340

Xerox Financial Services
P.O. Box 202882
Dallas, TX 75320-2882

Zeno Office Solutions, Inc.
8701 Florida Mining Blvd.
Tampa, FL 33634-1259

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Jill E Kelso +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Stephanie C Lieb +
Trenam Law
101 East Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Matthew L Schulis +
Orlans PC
621 S. Federal Highway
Suite 10
Ft. Lauderdale, FL 33301-3145

Stuart Wilson-Patton +
Tennessee Attorney General's Office
Post Office Box 20207
Nashville, TN 37202-4015

Lauren L Stricker +
Shuker & Dorris, P.A.
121 S. Orange Ave
Suite 1120
Orlando, FL 32801-3238

Lauren M Reynolds +
Winderweedle Haines Ward & Woodman PA
329 North Park Avenue
Ste 2nd Floor
Winter Park, FL 32789-7406

Robert R Tepper +
Dressler Peters, LLC
101 W. Grand Ave.
Ste. 404
Chicago, IL 60654-7129

Tiffany P. Geyer +
Orlando
400 West Washington Street
Room 6100
Orlando, FL 32801-2207

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Channel Partners Capital, LLC
10900 Wayzata Blvd., Ste. 300
Minnetonka, MN 55305

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

Navitas Credit Corp.
201 Executive Center Dr.
Suite 100
Columbia, SC 29210

US Bank National Assoc.
777 E. Wisconsin Ave.
Milwaukee, WI 53202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Bank

(u)Central Bank

(u)Allen & Heath
Kernick Industrial Estate
Penryn Cornwall
TR10 9LU

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Clearwater Composites, LLC
4728 Rice Lake Rd
Duluth, MN 55803-1613

(d)JPL Investments Corp
8724 SW 72 St No 382
Miami, FL 33173-3512

(u)Maeden Innovation Co., Ltd.
No.28, Longyuan 5th Rd.
Longtan Dist.
Taoyuan City 325
Tiawan

(u)Orlans PC
Attorneys for Ally Bank
621 S. Federal Highway Suite 10 Fort Lau

(d)Thrivent Financial for Lutherans
c/o Lauren M. Reynolds
PO Box 880
Winter Park, FL 32790-0880

End of Label Matrix
Mailable recipients   123
Bypassed recipients     9
Total               132